# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEREK J. WALSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 17-cv-05405 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| SHERIFF MICHAEL KELLY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter coming before the Court on Plaintiffs' motion for attorney visitation (Dkt. No. 92), the motion is granted as follows:

1. The Court advises the Will County Sheriff or other custodian at the Will County Adult Detention Facility that inmate William Hinton, Booking Number 2014-00003668, has ongoing civil litigation in the United States District Court for the Northern District of Illinois for which he is represented by Attorneys Adele D. Nicholas and Mark G. Weinberg.

2. Attorneys Nicholas and Weinberg require access to Mr. Hinton for purposes of preparing court papers on his behalf. They have advised this Court that the inability to have contact visitation with Mr. Hinton has impeded their ability to represent him.

3. Accordingly, the Court requests that Attorneys Nicholas and Weinberg be permitted to have contact visitation with inmate William Hinton, Booking Number 2014-00003668, at the Will County Adult Detention Facility, to the full extent consistent with the facility's protocol and procedures for containing COVID-19.

DATE: October 8, 2020

_____
Andrea R. Wood
United States District Judge